## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marina Eleni Sarantos aka Marina Sarantos | BK NO. 20-02472 HWV |
| Steven Maier aka Steven Eric Maier<br>Debtor(s) | Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing and index same on the master mailing list.

                                        Respectfully submitted,

                                        /s/ James C. Warmbrodt
                                        James Warmbrodt
                                        25 Aug 2020, 16:33:50, EDT

                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        215-627-1322