```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                                      Case No. 20-02472-HWV
Marina Eleni Sarantos                                                       Chapter 13
Steven Maier
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke            Page 1 of 2            Date Rcvd: Sep 17, 2020
                              Form ID: ntcnfhrg          Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2020.
db/jdb         +Marina Eleni Sarantos,    Steven Maier,    745 East Tolna Road,    Shrewsbury, PA 17361-2400
5352619         American Home Shield,    Search Results 3574 Lincoln Hwy E,    Kinzers, PA 17535
5352620        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX 79998)
5355388        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
5352625        +Gabriella Kistner,    508 Sunbrook Road,    Reisterstown, MD 21136-6110
5352626        +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
5353729        +Mariner Finance, LLC,    Attn: Bankruptcy,    8211 Town Center Drive,    Nottingham, MD 21236-5904
5352627         MaxLend,    217 3rd Ave NE,    Parshall, ND 58770
5352629        +New Res Shellpoint Mtg,    75 Beattie Pl Ste 300,    Greenville, SC 29601-2138
5352630        +St Of Md Ccu,    300 W Preston St,    Baltimore, MD 21201-2308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5353341         E-mail/Text: ally@ebn.phinsolutions.com Sep 17 2020 19:47:35    Ally Bank,   PO Box 130424,
                 Roseville MN 55113-0004
5352618        +E-mail/Text: ally@ebn.phinsolutions.com Sep 17 2020 19:47:35    Ally Financial,
                 1185 6th Ave,,   New York, NY 10036-2601
5352617        +E-mail/Text: ally@ebn.phinsolutions.com Sep 17 2020 19:47:35    Ally Financial,
                 200 Renaissance Ctr # B0,    Detroit, MI 48243-1300
5352621        +E-mail/Text: legal@castlecredit.com Sep 17 2020 19:48:05    Castle Credit Co Holdi,
                 8430 W Bryn Mawr Ave Ste,    Chicago, IL 60631-3475
5355271        +E-mail/Text: legal@castlecredit.com Sep 17 2020 19:48:05    Castle Credit Co Holdings, LLC,
                 20 North Wacker Drive, Suite 2275,    Chicago, Illinois 60606-3096
5352622        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 17 2020 19:47:48    Comenitybank/Victoria,
                 Po Box 182789,    Columbus, OH 43218-2789
5352623        +E-mail/Text: Bankruptcymail@marylandtaxes.gov Sep 17 2020 19:47:36    Comptroller of Maryland,
                 301 W Preston Street Room 206,    Baltimore, MD 21201-2326
5352624        +E-mail/PDF: creditonebknotifications@resurgent.com Sep 17 2020 19:53:58    Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
5352628        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 17 2020 19:53:57    Merrick Bank Corp,
                 Po Box 9201,    Old Bethpage, NY 11804-9001
5358094         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 17 2020 19:47:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                               TOTAL: 10

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2020 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing
           bkgroup@kmllawgroup.com
          Patrick James Best    on behalf of Debtor 1 Marina Eleni Sarantos patrick@armlawyers.com,
           kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
          Patrick James Best    on behalf of Debtor 2 Steven  Maier patrick@armlawyers.com,
           kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
　　　　　　United States Trustee　　ustpregion03.ha.ecf@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Marina Eleni Sarantos,
aka Marina Sarantos,

**Debtor 1**

Chapter 13

Case No. 1:20-bk-02472-HWV

Steven Maier,
aka Steven Eric Maier,

**Debtor 2**

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**October 21, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: October 28, 2020<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 17, 2020 |

ntcnfhrg (03/18)

Case 1:20-bk-02472-HWV    Doc 18    Filed 09/19/20    Entered 09/20/20 00:29:16    Desc
Imaged Certificate of Notice    Page 3 of 3