# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Sarantos, Marina : CHAPTER 13
    Maier, Steven :
                                  Debtors. : CASE No 20-02472-HWV

## REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES

<u>Instructions</u>: Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 Plan and reimbursement of expenses. Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court Order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| A. Presumptively reasonable fees under L.B.R. 2016-2(c) | |
| 1. Amount agreed to by Debtor | $ 4,000.00 |
| 2. Less amount paid to attorney prior to filing petition | $ 1,250.00 |
| 3. Balance of compensation to be paid through plan distribution | $ 2,750.00 |
| 4. Expenses advanced to be paid through plan distributions: (Describe expense and amount) $50.00 in costs to serve First Amended Chapter 13 Plan | $ 50.00 |

| | |
|---|---|
| B. Compensation and reimbursement of expenses allowed upon application and order under L.B.R. 2016-2(a) | |
| 1. Retainer received | $ |
| 2. Compensation earned prepetition and paid to attorney prior to filing petition | $ |
| 3. Expenses reimbursed prepetition | $ |
| 4. Balance in retainer after deduction of prepetition compensation and expenses | $ |
| 5. Compensation and expenses approved by the Court to be paid through plan distributions less balance in client trust account | $ |

| | |
|---|---|
| C. The undersigned hereby requests payment through the Plan for compensation and reimbursement of expenses under 11 U.S.C. §503(b)(2) in the following amount based on the information above: | **$2,800.00** |

Dated: December 1, 2020          /s/ Patrick J. Best
                                                    Patrick J. Best, Esq.
                                                    ARM Lawyers
                                                    18 N 8th Street
                                                    Stroudsburg, PA 18360
                                                    Attorney for Debtor