United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 20-02472-HWV
Marina Eleni Sarantos  Chapter 13
Steven Maier
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Jun 07, 2021     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2021:**

**Recip ID**     **Recipient Name and Address**
    +   Gabriella Eleni Kistner, 508 Sunbrook Road, Reisterstown, MD 21136-6110

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2021       Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2021 at the address(es) listed below:

**Name**     **Email Address**

Jack N Zaharopoulos (Trustee)
    TWecf@pamd13trustee.com

James Warmbrodt
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com

Patrick James Best
    on behalf of Debtor 1 Marina Eleni Sarantos patrick@armlawyers.com
    kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com

Patrick James Best
    on behalf of Debtor 2 Steven Maier patrick@armlawyers.com
    kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com

Regina Cohen
    on behalf of Creditor Ally Bank rcohen@lavin-law.com ksweeney@lavin-law.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>MARINA ELENI SARANTOS and<br>STEVEN MAIER<br>　　　　Debtor(s) | BANKRUPTCY NO. 1-20-02472(HWV)<br><br>CHAPTER 13 |
| And<br>GABRIELLA ELENI KISTNER<br>　　　　Co-Debtor | |
| ALLY BANK<br>　　　　Movant(s) | |
| MARINA ELENI SARANTOS and<br>STEVEN MAIER<br>JACK N. ZAHAROPOULOS, III, Trustee<br>　　　　Respondent(s) | MOTION FOR RELIEF FROM THE<br>AUTOMATIC STAY |

### ORDER GRANTING ALLY BANK
### RELIEF FROM THE AUTOMATIC STAY
### AND CO-DEBTOR RELIEF FROM THE AUTOMATIC STAY

After notice and opportunity for hearing it is hereby ORDERED:

That the automatic stay imposed by 11 U.S.C. §362(a) as to Ally Bank with respect to the motor vehicle identified as a 2016 Chevrolet Cruze Limited, VIN: 1G1PF5SB5G7123585 (the "Vehicle"); is hereby terminated effective the date of this Order; and it is

FURTHER ORDERED, that Ally Bank may take such actions and seek such remedies as are permitted by the Retail Installment Sale Contract, the Pennsylvania Uniform Commercial Code and other applicable laws with respect to such Vehicle; and it is further

ORDERED that the stay imposed by 11 U.S.C. §1301(c) as to Ally Bank is hereby terminated effective the date of this Order as to the Vehicle and co-debtor Gabriella Eleni Kistner.

Dated: June 7, 2021　　　　By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (JG)