## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    MARINA ELENI SARANTOS
          AKA: MARINA SARANTOS
          STEVEN MAIER
          AKA: STEVEN ERIC MAIER

          Debtor(s)

                                 CHAPTER 13

          JACK N. ZAHAROPOULOS
          CHAPTER 13 TRUSTEE
               Movant                 CASE NO: 1-20-02472-HWV

          vs.

          MARINA ELENI SARANTOS
          AKA: MARINA SARANTOS   STEVEN MAIER
          AKA: STEVEN ERIC MAIER
               Respondent(s)

### <u>TRUSTEE'S MOTION TO DISMISS CASE</u>

COMES NOW, on November 15, 2021, Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, through his attorney James K. Jones, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:   <u>November 15, 2021</u>          Respectfully submitted,

                                      <u>/s/   James K. Jones, Esquire</u>
                                      <u>ID:  39031</u>
                                      Attorney for Movant
                                      Jack N. Zaharopoulos
                                      Standing Chapter 13 Trustee
                                      8125 Adams Drive, Suite A
                                      Hummelstown, PA 17036
                                      Phone:  (717) 566-6097
                                      Fax:  (717) 566-8313
                                      eMail:  jjones@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    MARINA ELENI SARANTOS
           AKA: MARINA SARANTOS
           STEVEN MAIER
           AKA: STEVEN ERIC MAIER       CHAPTER 13

                 Debtor(s)

           JACK N. ZAHAROPOULOS       CASE NO: 1-20-02472-HWV
           CHAPTER 13 TRUSTEE
                Movant

## <u>NOTICE</u>

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

        December 8, 2021 at 09:35 AM
        Bankruptcy Courtroom
        Ronald Reagan Federal Bldg
        3rd Floor, 228 Walnut Street
        Harrisburg, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.   You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.

        **AMOUNT DELINQUENT AS OF LAST MONTH: $ 2900.26**
        **AMOUNT DUE FOR THIS MONTH:  $989.64**
        **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE:  $3889.90**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service.  Doing so will delay processing of your payment and **may result in dismissal of your case.**

    If **submitting payment by U.S. First Class Mail** mail to**:**
        **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

    If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.    You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the Court, or

3.    You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097
Dated:  November 15, 2021                eMail:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   MARINA ELENI SARANTOS
        AKA: MARINA SARANTOS
        STEVEN MAIER
        AKA: STEVEN ERIC MAIER       CHAPTER 13

              Debtor(s)

        JACK N. ZAHAROPOULOS       CASE NO: 1-20-02472-HWV
        CHAPTER 13 TRUSTEE
           Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 15, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties at Hummelstown, PA, unless served electronically.

Served Electronically

PATRICK J BEST, ESQUIRE           UNITED STATES TRUSTEE
ANDERS RIEGEL & MASINGTON     SUITE 1190
18 N 8TH STREET                228 WALNUT STREET
STROUDSBURG, PA  18360-        HARRISBURG, PA  17101

Served by First Class Mail

MARINA ELENI SARANTOS
STEVEN MAIER
745 EAST TOLNA ROAD
SHREWSBURY, PA  17361

I certify under penalty of perjury that the foregoing is true and correct.

Date:  November 15, 2021          <u>Bobbie Weigel</u>
                           for Jack N. Zaharopoulos, Trustee
                           Suite A, 8125 Adams Dr.
                           Hummelstown, PA  17036
                           Phone:  (717) 566-6097
                           eMail: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    MARINA ELENI SARANTOS
             AKA: MARINA SARANTOS
             STEVEN MAIER
             AKA: STEVEN ERIC MAIER

                                           CHAPTER 13

             Debtor(s)

             JACK N. ZAHAROPOULOS
             CHAPTER 13 TRUSTEE
                   Movant               CASE NO: 1-20-02472-HWV

             vs.

             MARINA ELENI SARANTOS        MOTION TO DISMISS
             AKA: MARINA SARANTOS
             STEVEN MAIER
             AKA: STEVEN ERIC MAIER

## <u>ORDER DISMSSING CASE</u>

       Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.  The Court retains jurisdiction to rule on any timely filed fee application.