## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Sarantos, Marina Eleni   :  CHAPTER 13
    Maier, Steven     :
              :  CASE NO. 20-02472-HWV

### **NOTICE OF MOTION AND RESPONSE DEADLINE**

Debtors, Marina Eleni Sarantos and Steven Maier, by and through their attorney, Patrick J. Best, Esquire, of ARM Lawyers, have filed a Motion to Modify a Confirmed Chapter 13 Plan with the court.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have on in this Bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **August 29, 2022,** you or your attorney must do the following:

  a. File an answer explaining your position at

   Office of the Bankruptcy Clerk
   Ronald Reagan Federal Building
   228 Walnut Street Rm 320
   Harrisburg, PA 17101

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

  b. Mail a copy of the movant's attorney

   Patrick J. Best, Esquire
   18 N. 8th St.
   Stroudsburg PA 18360

2. If you or your attorney does not take the steps described I paragraphs 1(a) and 1(b) above, the court may enter an order granting relief requested in the motion.

3. A Hearing on this Motion will only be scheduled if you or your attorney file an Answer or Objection to this Motion.

1

4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

Date: August 8, 2022

/s/ Patrick J. Best
Patrick J. Best, Esquire
Attorney for Debtors
ARM Lawyers
18 N. 8th St.
Stroudsburg PA 18360
570.424.6899