UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARINA ELENI SARANTOS
MARINA SARANTOS
STEVEN MAIER               CHAPTER 13
STEVEN ERIC MAIER

      Debtor(s)

CASE NO: 1-20-02472-HWV

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
      Movant
vs.
MARINA ELENI SARANTOS
MARINA SARANTOS
STEVEN MAIER
STEVEN ERIC MAIER
      Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on November 9, 2023, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for Dismissal, a statement of which follows:

1. Debtor(s) filed the above case on August 18, 2020.

2. The plan obligates Debtor(s) to make monthly payments to the Trustee.

3. The Trustee filed Motions to Dismiss Case for Material Default due to non-payment of these monthly payments on the following dates – 06/09/2021, 11/15/2021, 07/18/2022

4. Debtor(s) cured each of these defaults prior to the scheduled hearing and therefore avoided entering into a stipulation to maintain timely payments.

5. Debtor(s) is currently 3 months in default with arrearages of $1,819.24, along with their current regular monthly payment of $461.32, through November 9, 2023. The total arrearage amount therefore due is: **$2,280.56.**

6. The non-payment of Debtor's plan obligation is

    a. a material default with respect to the confirmed plan; and

    b. an unreasonable delay by Debtor that is prejudicial to creditors.

7. Dismissal of the case is in the best interest of the creditors and the estate.

8. Notice of hearing and other instructions are included with this Motion.

WHEREFORE, the Standing Chapter 13 Trustee requests this Court to dismiss the above case.


Dated:   November 9, 2023					Respectfully submitted,

/s/   Douglas R. Roeder, Esquire
ID:  80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  droeder@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     MARINA ELENI SARANTOS
             MARINA SARANTOS
             STEVEN MAIER                            CHAPTER 13
             STEVEN ERIC MAIER
                  Debtor(s)

             JACK N. ZAHAROPOULOS               CASE NO: 1-20-02472-HWV
             CHAPTER 13 TRUSTEE
                  Movant
       vs.
             MARINA ELENI SARANTOS
             MARINA SARANTOS
             STEVEN MAIER
             STEVEN ERIC MAIER
                  Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, has filed a Motion to Dismiss for failure to make timely paymentspursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

        December 13, 2023 at 09:35 AM
        Sylvia N. Rambo United States Courthouse
        Bankruptcy Courtroom 8, 4th Floor
        1501 North 6th Street
        Harrisburg, PA 17102

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the U.S. Bankruptcy Court.

2. You have filed a voluntary conversion to Chapter 7 or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated: November 9, 2023

Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
ID: 80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MARINA ELENI SARANTOS<br>MARINA SARANTOS<br>STEVEN MAIER<br>STEVEN ERIC MAIER<br>Debtor(s) | CHAPTER 13<br><br>CASE NO: 1-20-02472-HWV |
| JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>Movant<br>vs.<br>MARINA ELENI SARANTOS<br>MARINA SARANTOS<br>STEVEN MAIER<br>STEVEN ERIC MAIER<br>Respondent(s) | |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 9, 2023, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served Electronically

PATRICK J BEST, ESQUIRE
ANDERS RIEGEL & MASINGTON
18 N 8TH STREET
STROUDSBURG PA  18360-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA  17102

<u>SERVED BY FIRST CLASS MAIL</u>

MARINA ELENI SARANTOS
STEVEN MAIER
745 EAST TOLNA ROAD
SHREWSBURY  PA  17361

I certify under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Date:  November 9, 2023 | <u>/s/  Matt Arcuri</u><br>Office of the Standing Chapter 13 Trustee<br>Jack N. Zaharopoulos<br>Suite A, 8125 Adams Dr.<br>Hummelstown, PA  17036<br>Phone: (717) 566-6097<br>Email: info@pamd13trustee.com |

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   MARINA ELENI SARANTOS
         MARINA SARANTOS
         STEVEN MAIER                          CHAPTER 13
         STEVEN ERIC MAIER

            Debtor(s)
                                               CASE NO: 1-20-02472-HWV

         JACK N. ZAHAROPOULOS
         CHAPTER 13 TRUSTEE
            Movant
vs.
         MARINA ELENI SARANTOS
         MARINA SARANTOS
         STEVEN MAIER
         STEVEN ERIC MAIER
            Respondent(s)

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.