IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                                             Case No. 1:20-bk-02472-HWV
                                                                        Chapter 13

Marina Eleni Sarantos aka Marina Sarantos
Steven Maier aka Steven Eric Maier

Debtor(s).

## NOTICE OF APPEARANCE

**NewRez LLC d/b/a Shellpoint Mortgage Servicing**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

                                                     By:    /s/ Steven K. Eisenberg
                                                                      Steven K. Eisenberg, Esquire
                                                                      Bar No: 75736
                                                                      Stern & Eisenberg, PC
                                                                      1581 Main Street, Suite 200
                                                                      The Shops at Valley Square
                                                                      Warrington, PA 18976
                                                                      Phone: (215) 572-8111
                                                                      Fax: (215) 572-5025
                                                                      seisenberg@sterneisenberg.com
                                                                      Attorney for Creditor

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 14th day of November, 2023, to the following:

Patrick J. Best
ARM Lawyers
18 North 8th STreet
Stroudsburg, PA 18360
patrick@armlawyers.com
***Attorney for Debtor(s)***

Jack N Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com
***Chapter 13 Trustee***

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
ustpregion03.ha.ecf@usdoj.gov
***U.S. Trustee***

and by standard first class mail postage prepaid to:

Marina Eleni Sarantos aka Marina Sarantos
745 East Tolna Road
Shrewsbury, PA 17361

Steven Maier aka Steven Eric Maier
745 East Tolna Road
Shrewsbury, PA 17361
***Debtor(s)***

                                            By:       /s/ Steven K. Eisenberg
                                                     Steven K. Eisenberg, Esquire