United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Marina Eleni Sarantos  
Steven Maier  
    Debtors

Case No. 20-02472-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Dec 14, 2023     Form ID: ordsmiss     Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marina Eleni Sarantos, Steven Maier, 745 East Tolna Road, Shrewsbury, PA 17361-2400 |
| 5352619 | | American Home Shield, Search Results 3574 Lincoln Hwy E, Kinzers, PA 17535 |
| 5352625 | + | Gabriella Kistner, 508 Sunbrook Road, Reisterstown, MD 21136-6110 |
| 5352627 | | MaxLend, 217 3rd Ave NE, Parshall, ND 58770 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: GMACFS.COM | Dec 14 2023 23:40:00 | Ally Bank, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| cr | + | EDI: AISACG.COM | Dec 14 2023 23:40:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5353341 | | EDI: GMACFS.COM | Dec 14 2023 23:40:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 5425125 | + | EDI: AISACG.COM | Dec 14 2023 23:40:00 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5352618 | + | EDI: GMACFS.COM | Dec 14 2023 23:40:00 | Ally Financial, 1185 6th Ave,, New York, NY 10036-2601 |
| 5352617 | + | EDI: GMACFS.COM | Dec 14 2023 23:40:00 | Ally Financial, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |
| 5352620 | + | EDI: BANKAMER | Dec 14 2023 23:40:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 5355388 | + | EDI: BANKAMER2 | Dec 14 2023 23:40:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5352621 | + | Email/Text: legal@castlecredit.com | Dec 14 2023 18:38:00 | Castle Credit Co Holdi, 8430 W Bryn Mawr Ave Ste, Chicago, IL 60631-3475 |
| 5355271 | + | Email/Text: legal@castlecredit.com | Dec 14 2023 18:38:00 | Castle Credit Co Holdings, LLC, 20 North Wacker Drive, Suite 2275, Chicago, Illinois 60606-3096 |
| 5352622 | + | EDI: WFNNB.COM | Dec 14 2023 23:40:00 | Comenitybank/Victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 5352623 | + | Email/Text: Bankruptcymail@marylandtaxes.gov | Dec 14 2023 18:38:00 | Comptroller of Maryland, 301 W Preston Street Room 206, Baltimore, MD 21201-2326 |
| 5352624 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 14 2023 18:47:56 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 5367441 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | | Bypass/Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 14 2023 18:47:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5352626 | + | Email/Text: bankruptcy@marinerfinance.com | Dec 14 2023 18:38:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5353729 | + | Email/Text: bankruptcy@marinerfinance.com | Dec 14 2023 18:38:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5352627 | ^ | MEBN | Dec 14 2023 18:37:21 | MaxLend, 217 3rd Ave NE, Parshall, ND 58770 |
| 5352628 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 14 2023 18:47:47 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5352629 | + | Email/Text: mtgbk@shellpointmtg.com | Dec 14 2023 18:38:00 | New Res Shellpoint Mtg, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 5578449 | ^ | MEBN | Dec 14 2023 18:36:47 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 5474666 | + | Email/Text: mtgbk@shellpointmtg.com | Dec 14 2023 18:38:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5362606 | + | Email/Text: mtgbk@shellpointmtg.com | Dec 14 2023 18:38:00 | NewRez LLC dba Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 5358094 | | EDI: PENNDEPTREV | Dec 14 2023 23:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5358094 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 14 2023 18:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5352630 | | Email/Text: ccubankruptcy.notices@maryland.gov | Dec 14 2023 18:38:00 | St Of Md Ccu, 300 W Preston St, Baltimore, MD 21201 |
| 5390000 | | Email/Text: ccubankruptcy.notices@maryland.gov | Dec 14 2023 18:38:00 | State of Maryland Central Collection Unit, 300 W. Preston Street, Baltimore, MD 21201 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 16, 2023     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing djones@sterneisenberg.com bkecf@sterneisenberg.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| Patrick James Best | on behalf of Debtor 2 Steven Maier patrick@armlawyers.com kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com |
| Patrick James Best | on behalf of Debtor 1 Marina Eleni Sarantos patrick@armlawyers.com kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com |
| Regina Cohen | on behalf of Creditor Ally Bank rcohen@lavin-law.com mmalone@lavin-law.com |
| Steven K Eisenberg | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing seisenberg@sterneisenberg.com bkecf@sterneisenberg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Marina Eleni Sarantos,
aka Marina Sarantos,

    **Debtor 1**

Steven Maier,
aka Steven Eric Maier,

    **Debtor 2**

Chapter     13

Case No.     1:20−bk−02472−HWV

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: December 14, 2023

ordsmiss (05/18)